**Order entered April 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00732-CV**

**ALBERT G. HILL, III, Appellant**

**V.**

**ALBERT G. HILL, JR., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04523**

## ORDER

Real party in interest Daniel L. Jackson, Receiver for Hill 3 Investments, LLC, has requested that relator Albert G. Hill, III be required to post a bond in conjunction with this Court's order of March 31, 2014 staying enforcement of the trial court's "Order Approving Receiver's Application for Payment of Fees and Expenses Regarding Preparation of Appellate Brief" dated March 17, 2014. The Court **ORDERS** that **within seven (7) days** of the date of this order relator Albert G. Hill, III post a good and sufficient cash or surety bond, conditioned as required by law, in the amount of $29,315.86. The District Clerk of Dallas County is **ORDERED** to immediately forward a certified copy of the bond to the Clerk of this Court.

/s/     KERRY P. FITZGERALD
JUSTICE